## Grace Carden, Appellee, v. Chicago Railways Company, Appellant.

### Gen. No. 23,907.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORE, Judge, presiding. Heard in this court at the October term, 1917. Reversed with findings of fact. Opinion filed March 25, 1918.

### Statement of the Case.

Action by Grace Carden, plaintiff, against Chicago Railways Company, defendant, to recover damages for personal injuries received due to a collision of an electric automobile, in which plaintiff was riding, with one of defendant's street cars. From a judgment for plaintiff for $2,500, defendant appeals.

JOSEPH D. RYAN and WATSON J. FERRY, for appellant; W. W. GURLEY and J. R. GUILLIAMS, of counsel.

JOHN A. BLOOMINGSTON, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. STREET RAILROADS, § 131*—*when shown that driver of electric automobile is negligent in crossing street in middle of block.* Evidence *held* sufficient to show that the driver of an electric automobile was negligent in attempting to cross, in the middle of the block, the further of two parallel street car tracks, and at a slow speed, after having waited for a street car on the nearer track, running in the direction the driver was going before the automobile was turned, to pass, and having observed a street car on the further track a short distance away going in the opposite direction.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. STREET RAILROADS, § 91*—*what is negligence per se on part of driver of automobile.* It is negligence *per se* for the driver of an automobile to stop on a street car track or to go slowly over the track when an on-coming street car is close at hand.

3. STREET RAILROADS, § 95*—*what constitutes negligence in crossing tracks with automobile.* It is negligence for the driver of an automobile to attempt to cross a street in front of an approaching street car without looking.

4. STREET RAILROADS, § 104*—*when negligence of driver of automobile not imputed to occupant.* The negligence of the driver of an automobile colliding with a street car cannot be imputed to an occupant.

5. STREET RAILROADS, § 91*—*when occupant of automobile colliding with street car is guilty of contributory negligence.* One who is riding in her parent's automobile, which her sister is driving, and knows that the automobile, after the passing of a street car going in the same direction on the nearer of two street car tracks, is being turned in the middle of the block, to cross the nearer track and the further track for cars going in the opposite direction, and could have seen an on-coming car on the further track if she had looked, but pays no attention whatever, is guilty of contributory negligence.